CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Leobardo Pedroza**<br>DOB:1998; United States Citizen | MAGISTRATE'S CASE NO.<br>20-00340MJ |

Complaint for violation of Title 18, United States Code § 111(a) and (b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 20, 2020, at or near Nogales in the District of Arizona, the defendant **Leobardo Pedroza**, did intentionally and forcibly assault United States Border patrol agent J.T. an officer and employee of the United States while agent J.T. was engaged in, or on account of the performance of his duties by intentionally kicking him in his head, thereby making physical contact with J.T.
    All in violation of Title 18 U.S.C. Section 111(a)

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 20, 2020, the defendant crossed into the United States illegally from Mexico near Nogales Arizona. Border patrol agents encountered him and attempted to detain him. He fought with the agents and in the process kicked Border Patrol agent J.T. in his head. J.T. was an officer or employee of the United States and was engaged in the performance of her duties at the time.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Jesse Figueroa | SIGNATURE OF COMPLAINANT<br>JOHN J O CONNOR III  Digitally signed by JOHN J O CONNOR III<br>Date: 2020.04.21 10:29:35 -07'00' |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>BPA John J. O'Connor |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 21, 2020 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54